UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVPORT DIVISION

| | | |
|---|---|---|
| **TISHAUNA WALKER**<br>*Plaintiff,* | §<br>§<br>§ | |
| **V.** | §<br>§ | **CIVIL ACTION NO. 5:23-CV-303** |
| **GOVERNMENT PERSONNEL<br>MUTUAL LIFE INSURANCE<br>COMPANY**<br>*Defendant.* | §<br>§<br>§<br>§ | |

**DEFENDANT'S AMENDED
RULE 7.1 DIVERSITY JURISDICTION DISCLOSURE STATEMENT**

COMES NOW Defendant GOVERNMENT PERSONNAL MUTUAL LIFE INSURANCE COMPANY and hereby files its Rule 7.1, Federal Rule of Civil Procedure Diversity Jurisdiction Disclosure Statement and states as follows:

Plaintiff is a citizen of the State of Louisiana.

Defendant was a corporation organized and existing pursuant to the laws of the State of Texas and had its principal place of business in the State of Texas at the time of the commencement of this action.

*Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010) defines principal place of business as "the place where a corporation's officers direct, control, and coordinate the corporation's activities," also knows as the "nerve center." *Hertz Corp. v. Friend*, 559 U.S. 77, 92–93; 130 S.Ct. 1181, 1192; 175 L.Ed.2d 1029 (2010).

Defendant's nerve center is in the State of Texas.

Accordingly, pursuant to 28 U.S.C §1332, the parties are diverse. Additionally, the amount in controversy exceeds $75,000, as the face value of the policy is in excess of $100,000.

Respectfully Submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ Mary-Ellen King*
**MARY-ELLEN KING (#30805)**
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 827-2035
Fax: (512) 708-8777
MKing@thompsoncoe.com
**MARNE A. JONES (#32522)**
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
Telephone: (504) 526-4320
Fax: (504) 526-4310
MAJones@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I served the following document on all counsel of record via electronic notice and/or facsimile:

**BODENHEIMER, JONES & SZWAK, LLC**

David A. Szwak #21157, TA
416 Travis Street, Ste. 800
Mid South Tower
Shrevport, Louisiana 71101
Telephone: (318) 424-1400
Fax: (318) 221-6555
bjks1507@aol.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Mary-Ellen King*
**MARY-ELLEN KING**